COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 15, 2014
 No. 10-15-00284-CV
 CHARLES H. SMITH, M.D. AND CARDIOVASCULAR 
 SURGERY OF BRAZOS VALLEY
 v.
 JAMES MEADOWS AND CYNTHIA MEADOWS
 
 
 From the 361st District Court
 Brazos County, Texas
 Trial Court No. 14-002596-CV-361
 
--------------------------------------------------------------------------------
JUDGMENT

 Charles H. Smith, M.D. and Cardiovascular Surgery of Brazos Valley's motion to dismiss the appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 There being no agreement of the parties as to costs, it is further ordered that costs of this appeal are taxed against Charles H. Smith, M.D. and Cardiovascular Surgery of Brazos Valley, jointly and severally.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk